```
                              United States Bankruptcy Court
                                   District of Puerto Rico
In re:                                                                    Case No. 07-03425-BKT
GLORIA M REYES PEREZ                                                      Chapter 13
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0104-3          User: lopezm              Page 1 of 1              Date Rcvd: Apr 20, 2011
                              Form ID: pdf002           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2011.
db         +GLORIA M REYES PEREZ,   URB PASEOS REALES,   CALLE MOLINA NO 174,   SAN ANTONIO, PR 00690-1420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2011**                     **Signature:**            *Joseph Speetjens*

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 07-03425 BKT

GLORIA M REYES PEREZ

Chapter 13

XXX-XX-5523

FILED & ENTERED ON 04/20/2011

Debtor(s)

**O R D E R**

The application for allowance of compensation filed by JAIME RODRIGUEZ-PEREZ in the amount of $238.00 (docket #46), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

San Juan, Puerto Rico, this 20 day of April, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

C:   DEBTOR
     JAIME  RODRIGUEZ-PEREZ
     ALEJANDRO  OLIVERAS RIVERA
     US TRUSTEE
     JAIME RODRIGUEZ-PEREZ
     FINANCE DEPT.